Franklin DOWNING, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

No. WD 69535.

Missouri Court of Appeals,
Western District.

Nov. 18, 2008.

Jerod L. Drake, Esq., Grant City, MO,
for appellant.

Ninion S. Riley, Esq., Jefferson City,
MO, for respondent.

Before JOSEPH P. DANDURAND,
P.J., HAROLD L. LOWENSTEIN and
JAMES M. SMART, JJ.

### ORDER

PER CURIAM:

Franklin Downing appeals the order of
the Labor and Industrial Relations Com-
mission affirming Mr. Downing's disqualifi-
cation from receiving certain unemploy-
ment benefits. On appeal, he claims the
record does not contain competent and
substantial evidence to support the finding
that his employer discharged Mr. Downing
due to misconduct connected with his
work. Because a published opinion would
have no precedential value, a memoran-
dum has been provided to the parties.
The judgment is affirmed. **Rule 84.16(b).**